# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE JONES, | ) |
|       Petitioner/Defendant, | ) ) CIVIL NO. 08-cv-255-WDS |
| vs. | ) |
| | ) CRIMINAL NO. 02-cr-30145 |
| UNITED STATES of AMERICA, | ) |
|       Respondent/Plaintiff. | ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. Following a jury trial, Petitioner was found guilty of conspiracy to distribute crack cocaine and selling a firearm to a known felon; he was sentenced to 360 months imprisonment, five years supervised release, a fine of $2000, and a special assessment of $200. On appeal Counsel filed an Anders brief, identifying several potential but legally frivolous grounds for appeal. The Seventh Circuit agreed, granting counsel's motion to withdraw and dismissing the appeal. *United States v. Jones*, Appeal No. 05-3881 (7th Cir., filed Sept. 21, 2005).

On April 2, 2008, Petitioner filed the instant motion under § 2255. He also seeks leave to proceed *in forma pauperis*, and the Court finds that he is, in fact, indigent. Therefore, the motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

In his motion, Petitioner raises these grounds for relief: (1) trial counsel was ineffective in failing to call certain defense witnesses; (2) trial counsel was ineffective in failing to challenge the expert credentials of a government witness; and (3) appellate counsel was ineffective in failing to

raise certain issues on appeal. His supplement (Doc. 6) sets forth 16 separate issues, some of which overlap with those presented in the original motion.

The Court **ORDERS** the Government to file a response to Petitioner's motion, including issues raised in the supplement, within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED: December 1, 2008.**

                                              **s/ WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**